IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HATTIE P. REID,

        Appellant,

v.

HABITAT FOR HUMANITY OF
JACKSONVILLE,

        Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3152

Opinion filed February 25, 2015.

An appeal from the Circuit Court for Duval County.
Aaron K. Bowden, Judge.

Hattie P. Reid, pro se, Appellant.

Susan V. Warner of Nelson Mullins Riley & Scarborough LLP, Jacksonville, for
Appellee.

PER CURIAM.

      AFFIRMED.

ROBERTS, CLARK, and ROWE, JJ., CONCUR.